BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswplaw.com
JESSICA L. GRANT (Bar No. 178138)
  jgrant@pswplaw.com
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone:  (415) 433-9000
Facsimile:   (415) 433-9008

CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@pswplaw.com
DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswplaw.com
PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:  (818) 788-8300
Facsimile:   (818) 788-8104

[Additional counsel listed on signature page]

*Counsel for Plaintiff Foam Factory, Inc.
and the Proposed Direct Purchaser Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FOAM FACTORY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HICKORY SPRINGS MANUFACTURING COMPANY; VALLE FOAM INDUSTRIES (1995), INC.; DOMFOAM INTERNATIONAL, INC.; THE CARPENTER COMPANY; THE WOODBRIDGE GROUP; FLEXIBLE FOAM PRODUCTS, INC.; SCOTTDEL, INC.; FXI FOAMEX INNOVATIONS, INC.; FUTURE FOAM, INC.; VITAFOAM PRODUCTS CANADA LIMITED; VITAFOAM, INC.,<br><br>Defendants. | CASE NO. CV10-6606 MMM (VBKx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF PETITION TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br>**(L.R. 83-1.4.3)** |

818604.1

1  TO THE COURT AND ALL PARTIES OF RECORD:

2  Pursuant to Local Rule 83-1.4.3, Plaintiff Foam Factory Inc. ("Plaintiff")
3  hereby submits the following list of actions filed outside the Central District of
4  California which involve all or a material part of the same subject matter Plaintiff's
5  lawsuit and are pending before Judicial Panel on Multidistrict Litigation in a
6  proceeding entitled *In re Polyurethane Foam Antitrust Litigation* (MDL No. 2196).

7  Plaintiff's lawsuit alleges the existence of an antitrust conspiracy in the
8  flexible slab polyurethane foam industry in violation of the Sherman Antitrust Act
9  (15 U.S.C. § 1).  Similarly, each of the below listed actions allege the existence of
10 antitrust conspiracy to fix the prices of polyurethane foam in violation of the
11 Sherman Antitrust Act (15 U.S.C. § 1).  Plaintiff's lawsuit and the below listed
12 actions have overlapping class periods, allege antitrust violations against the same or
13 similar defendants, and allege the existence of an antitrust conspiracy affecting
14 portions of the same industry.

15 Therefore, Plaintiff believes that its lawsuit involves all or a material part of
16 the same subject matter as the below listed lawsuits and will be consolidated with
17 the below listed actions in a single judicial district by the Judicial Panel on
18 Multidistrict Litigation.

| Case Name | District & Case Number | Attorneys |
|---|---|---|
| **Plaintiff:**<br>Piazza's Carpet & Tile Shop, Inc.<br><br>**Defendants:**<br>Hickory Springs Manufacturing Co.; Valle Foam Co.; Domfoam International, Inc.; The Carpenter Co.; The Woodbridge Group; Flexible Foam Products, Inc.; Scottdel Inc.; Foamex Innovations, Inc.; Future Foam, Inc., Vitafoam Products Canada Limited; | W.D. North Carolina<br><br>(Statesville Division)<br><br>5:10-cv-111 | Michael D. Hausfeld<br>Megan E. Jones<br>James J. Pizziruso<br>Sathya Gosselin<br>HAUSFELD LLP<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>Tel: 202-640-7200<br>Fax: 202-540-7201<br><br>William Isaacson<br>Melissa B. Willett<br>BOIES SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue, NW |

| | | |
|---|---|---|
| Vitafoam, Inc. | | Washington, DC 20015<br>Tel: 202-237-2727<br>Fax: 202-237-6161<br><br>Larry S. McDevitt<br>David M. Wilkerson<br>VAN WINKLE, BUCK, WALL, STARNES & DAVIS, P.A.<br>11 North Market Street<br>P.O. Box 7376<br>Asheville, NC 28802<br>Tel: 828-258-2991<br>Fax: 828-255-2767 |
| **Plaintiff:**<br>Jamestown Mattress Co., Inc.<br><br>**Defendants:**<br>Hickory Springs Manufacturing Co.; Valle Foam Co.; Domfoam International, Inc.; The Carpenter Co.; The Woodbridge Group; Flexible Foam Products, Inc.; Scottdel Inc.; Foamex Innovations, Inc.; Future Foam, Inc., Vitafoam Products Canada Limited; Vitafoam, Inc. | W.D. North Carolina<br><br>(Statesville Division)<br><br>5:10-cv-113 | Larry Stephen McDevitt<br>David Mathew Wilkerson<br>VAN WINKLE, BUCK, WALL, STARNES & DAVIS, P.A.<br>11 N. Market Street<br>P.O. Box 7376<br>Asheville, NC 28802<br>Tel: 828-258-2991<br>Fax: 828-257-2767 |
| **Plaintiff:**<br>Thompson Trading Co.<br><br>**Defendants:**<br>Hickory Springs Manufacturing Co.; Valle Foam Co.; Domfoam International, Inc.; The Carpenter Co.; The Woodbridge Group; Flexible Foam Products, Inc.; Scottdel Inc.; Foamex Innovations, Inc.; Future Foam, Inc., Vitafoam Products Canada Limited; Vitafoam, Inc. | W.D. North Carolina<br><br>(Statesville Division)<br><br>5:10-cv-114 | Larry S. McDevitt<br>David M. Wilkerson<br>VAN WINKLE, BUCK, WALL, STARNES & DAVIS, P.A.<br>11 North Market Street<br>P.O. Box 7376<br>Asheville, NC 28802<br>Tel: 828-258-2991<br>Fax: 828-257-2767<br><br>John D. Radice<br>Linda P. Nussbaum<br>GRANT & EISENHOFER P.A.<br>485 Lexington Avenue<br>29th Floor<br>New York, NY 10017<br>Tel: 646-722-8500<br>Fax: 646-722-8501 |

| | | |
|---|---|---|
| **Plaintiff:**<br>Shore-Line Carpet Supplies, Inc.<br><br>**Defendants:**<br>Hickory Springs Manufacturing Co.; Valle Foam Co.; Domfoam International, Inc.; The Carpenter Co.; The Woodbridge Group; Flexible Foam Products, Inc.; Scottdel Inc.; Foamex Innovations, Inc.; Future Foam, Inc., Vitafoam Products Canada Limited; Vitafoam, Inc. | W.D. North Carolina<br><br>(Statesville Division)<br><br>5:10-cv-115 | William E. Moore<br>GRAY, LAYTON, KERSH, SOLOMON, SIGMON, FURR & SMITH PA<br>516 South New Hope Road<br>P.O. Box 2636<br>Gastonia, NC 28053-2636<br>Tel: 704-865-4400<br>Fax: 704-866-8010<br><br>Bernard Persky<br>Hollis L. Salzman<br>Kellie Lerner<br>Morissa R. Falk<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005<br>Tel: 212-907-0700<br>Fax: 212-818-0477 |
| **Plaintiff:**<br>V & M, Inc. d/b/a/ Costa International<br><br>**Defendants:**<br>Hickory Springs Manufacturing Co.; Valle Foam Co.; Domfoam International, Inc.; The Carpenter Co.; The Woodbridge Group; Flexible Foam Products, Inc.; Scottdel Inc.; Foamex Innovations, Inc.; Future Foam, Inc., Vitafoam Products Canada Limited; Vitafoam, Inc. | W.D. North Carolina<br><br>(Statesville Division)<br><br>5:10-cv-116 | Larry S. McDevitt<br>David M. Wilkerson<br>VAN WINKLE, BUCK, WALL, STARNES & DAVIS, P.A.<br>11 N. Market Street<br>P.O. Box 7376<br>Asheville, NC 28802<br>Tel: 828-258-2991<br>Fax: 828-257-2767 |
| **Plaintiff:**<br>Martin Greenbaum Co., Inc.<br><br>**Defendants:**<br>Hickory Springs Manufacturing Co.; Valle Foam Co.; Domfoam International, Inc.; The Carpenter Co.; The Woodbridge Group; Flexible Foam Products, Inc.; Scottdel Inc.; Foamex Innovations, Inc.; Future Foam, Inc., Vitafoam Products Canada Limited; | W.D. North Carolina<br><br>(Statesville Division)<br><br>5:10-cv-118 | Larry S. McDevitt<br>David M. Wilkerson<br>VAN WINKLE, BUCK, WALL, STARNES & DAVIS, P.A.<br>11 N. Market Street<br>P.O. Box 7376<br>Asheville, NC 28802<br>Tel: 828-258-2991<br>Fax: 828-257-2767 |

| | | |
|---|---|---|
| Vitafoam, Inc. | | |
| **Plaintiff:**<br>Cambridge of California, Inc.<br><br>**Defendants:**<br>Hickory Springs Manufacturing Co.; Valle Foam Co.; Domfoam International, Inc.; The Carpenter Co.; The Woodbridge Group; Flexible Foam Products, Inc.; Scottdel Inc.; Foamex Innovations, Inc.; Future Foam, Inc., Vitafoam Products Canada Limited; Vitafoam, Inc. | Northern District of Ohio<br><br>3:10-cv-1858 | Daniel Brockett<br>Stephen Neuwirth<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel:212-849-7000<br>Fax: 212-849-7100<br><br>Bruce E. Van Dalsem<br>Andrea L. Hertzfeld<br>QUINN EMANUEL URQUHART & SULIVAN, LLP<br>865 Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Tel: 213-443-3000<br>Fax: 213-443-3100<br><br>Stephen A. Swedlow<br>KOREIN TILLERY<br>205 N. Michigan Ave., Suite 1940<br>Chicago, IL 60601<br>Tel: 312-899-5063<br>Fax: 312-641-9555<br><br>Brian Strange<br>Gretchen Carpenter<br>STRANGE & CARPENTER<br>12100 Wilshire Blvd., Suite 1900<br>Los Angeles, CA 90025<br>Tel: 310-207-5055<br>Fax: 310-826-3210 |
| **Plaintiff:**<br>Atlantic Feather & Foam, Inc.<br><br>**Defendants:**<br>Hickory Springs Manufacturing Co.; Valle Foam Co.; Domfoam International, Inc.; The Carpenter Co.; The Woodbridge Group; Flexible Foam Products, Inc.; Scottdel Inc.; Foamex Innovations, Inc.; Future Foam, Inc., Vitafoam | Northern District of Ohio<br><br>3:10-cv-1867 | David W. Zoll<br>ZOLL, KRANZ & BORGESS, LLC<br>6620 W. Central Avenue Suite 200<br>Toledo, Ohio 43617<br>Tel: 419-841-9623<br>Fax: 419-841-9719<br><br>Stanley D. Bernstein<br>Ronald J. Aranoff<br>Dana Statsky Smith<br>Tania T. Taveras<br>BERNSTEIN LIEBHARD LLP |

| Products Canada Limited; Vitafoam, Inc. | | 10 East 40th Street, 22nd Floor<br>New York, NY 10016<br>Tel: 212-779-1414<br>Fax: 212-770-3218 |
|---|---|---|

DATED: September 17, 2010 

By: /s/ Bruce L. Simon
Bruce L. Simon (Bar No. 96241)
Jessica L. Grant (Bar No. 178138)
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Clifford H. Pearson (Bar No. 108523)
Daniel L. Warshaw (Bar No. 185365)
PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Eric George (Bar No. 166403)
  egeorge@bwgfirm.com
BROWNE WOODS GEORGE LLP
2121 Ave of the Stars 24th FL
Los Angeles, CA 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

*Counsel for Plaintiff Foam Factory, Inc. and the Proposed Direct Purchaser Class*

**PROOF OF SERVICE**

FOAM FACTORY V. HICKORY SPRINGS MANUFACTURING COMPANY

Case No. CV10-6606 MMM (VBKx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, STATE OF CALIFORNIA. My business address is 15165 Ventura Boulevard, Suite 400, Sherman Oaks, California 91403. I am over the age of eighteen years and am not a party to the within action;

On September 17, 2010, I served the following document(s) entitled **NOTICE OF PETITION TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (L.R. 83-1.4.3)** on ALL INTERESTED PARTIES in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

**BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in Sherman Oaks, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 17, 2010, at Sherman Oaks, California.

/s/  
Natalie M. Halpern

818604.1

NOTICE OF PETITION TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## SERVICE LIST
## FOAM FACTORY V. HICKORY SPRINGS MANUFACTURING COMPANY
## CV10-6606 MMM (VBKx)

| | | |
|---|---|---|
| VITAFOAM, INC.<br>2215 Shore Street<br>High Point, NC 27263 | Defendant<br><br>**(BY U.S. MAIL)** | |
| HICKORY SPRINGS MANUFACTURING COMPANY<br>235 2nd Avenue, N.W<br>Hickory, NC 28603 | Defendant<br><br>**(BY U.S. MAIL)** | |
| VALLE FOAM INDUSTRIES (1995), INC.<br>4 West Drive<br>Brampton, Ontario L6T 2H7<br>Canada | Defendant<br><br>**(BY U.S. MAIL)** | |
| DOMFOAM INTERNATIONAL, INC.<br>8785 Langelier Boulevard<br>Montreal, Quebec H1P 2C9<br>Canada | Defendant<br><br>**(BY U.S. MAIL)** | |
| THE CARPENTER COMPANY<br>5016 Monument Avenue<br>Richmond, VA 23230 | Defendant<br><br>**(BY U.S. MAIL)** | |
| THE WOODBRIDGE GROUP<br>4240 Sherwoodtowne Boulevard<br>Mississauga, Ontario L4Z 2G6<br>Canada | Defendant<br><br>**(BY U.S. MAIL)** | |
| FLEXIBLE FOAM PRODUCTS, INC.<br>c/o Joe Guzman, Registered Agent<br>6077 RICHENBACKER RD<br>COMMERCE, CA 90040 | Defendant<br><br>**(BY U.S. MAIL)** | |
| SCOTTDEL, INC.<br>400 Church Street<br>Swanton, OH 43558 | Defendant<br><br>**(BY U.S. MAIL)** | |
| FXI FOAMEX INNOVATIONS, INC.<br>Rose Tree Corporate Center II<br>1400 Providence Road<br>Suite 2000<br>Media, PA 19063 | Defendant<br><br>**(BY U.S. MAIL)** | |
| FUTURE FOAM, INC.<br>c/o CT CORPORATION SYSTEM<br>818 W 7th Street<br>Los Angeles, CA 90017 | Defendant<br><br>**(BY U.S. MAIL)** | |

818604.1

NOTICE OF PETITION TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| 1 | VITAFOAM PRODUCTS CANADA LIMITED | Defendant |
| 2 | 150 Toro Road<br>North York, Ontario M3J 2A9 | **(BY U.S. MAIL)** |
| 3 | Canada | |
| 4 | Eric M. George, Esq.<br>BROWNE WOODS GEORGE LLP | Counsel for Plaintiff Foam Factory, Inc. and the Proposed Direct Purchaser Class |
| 5 | 2121 Avenue of the Stars<br>24th Floor | |
| 6 | Century City, CA 90067<br>Telephone: (310) 274-7100 | **(BY CM/ECF)** |
| 7 | Facsimile: (310) 275-5697<br>egeorge@bwgfirm.com | |

818604.1

NOTICE OF PETITION TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION