BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswplaw.com
JESSICA L. GRANT (Bar No. 178138)
  jgrant@pswplaw.com
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone:  (415) 433-9000
Facsimile:   (415) 433-9008

CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@pswplaw.com
DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswplaw.com
PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:  (818) 788-8300
Facsimile:   (818) 788-8104

[Additional counsel listed on signature page]
*Counsel for Foam Factory, Inc., on behalf of itself and all others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FOAM FACTORY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HICKORY SPRINGS MANUFACTURING COMPANY; VALLE FOAM INDUSTRIES (1995), INC.; DOMFOAM INTERNATIONAL, INC.; THE CARPENTER COMPANY; THE WOODBRIDGE GROUP; FLEXIBLE FOAM PRODUCTS, INC.; SCOTTDEL, INC.; FXI FOAMEX INNOVATIONS, INC.; FUTURE FOAM, INC.; VITAFOAM PRODUCTS CANADA LIMITED; VITAFOAM, INC.,<br><br>Defendants. | CASE NO. CV10-6606 MMM (VBKx)<br><br>**CLASS ACTION**<br><br>**STIPULATION FOR EXTENSION OF TIME FOR THE VITAFOAM DEFENDANTS TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Proposed Order Filed Concurrently)**<br><br>Assigned to the Honorable Margaret M. Morrow |

818674.1

STIPULATION FOR EXTENSION OF TIME FOR THE VITAFOAM DEFENDANTS TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

WHEREAS the plaintiff in the above-entitled lawsuit alleges the existence of an antitrust conspiracy in the flexible slab polyurethane foam industry in violation of the Sherman Antitrust Act (15 U.S.C. § 1).

WHEREAS the plaintiff has requested that certain defendants waive service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure.

WHEREAS a number of related or potentially related antitrust actions alleging the existence of an antitrust conspiracy in the polyurethane foam industry have been filed in various District Courts throughout the United States and are pending possible transfer and consolidation by the Judicial Panel on Multidistrict Litigation in an action entitled *In re Polyurethane Foam Antitrust Litigation* (MDL No. 2196).

WHEREAS the parties to this stipulation agree that the above-entitled action will be bound by the decision of the Judicial Panel on Multidistrict Litigation to transfer and consolidate the cases in *In re Polyurethane Foam Antitrust Litigation*.

WHEREAS the parties to this stipulation agree that it is in the interest of judicial economy to relieve the defendants of their obligation to move, answer or otherwise respond to plaintiff's Complaint until the decision of the Judicial Panel on Multidistrict Litigation to transfer and consolidate the cases pending in *In re Polyurethane Foam Antitrust Litigation* has been made.

Plaintiff Foam Factory, Inc. ("Plaintiff") and Defendants Vitafoam, Inc. and Vitafoam Products Canada Limited ("Vitafoam Defendants"), by and through their respective counsel, without waiver of or prejudice to any right, entitlement, claim, position, defense or motion any Vitafoam Defendant may wish to assert or file, HEREBY STIPULATE AS FOLLOWS:

1.  The Vitafoam Defendants shall not be required to move, answer or otherwise respond to the individual Complaint filed in the above-entitled case pending the transfer and consolidation order by the Judicial Panel on Multidistrict Litigation in *In re Polyurethane Foam Antitrust Litigation* (MDL No. 2196);

818674.1

2

STIPULATION FOR EXTENSION OF TIME FOR THE VITAFOAM DEFENDANTS TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

PEARSON, SIMON, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

2. Upon transfer of the above-entitled case by the Judicial Panel on Multidistrict Litigation, the Vitafoam Defendants shall have until forty-five (45) calendar days after the filing of a Consolidated and Amended Complaint in the transferee court, and service of such Consolidated and Amended Complaint upon Defendants, to move, answer, or otherwise respond to the Consolidated and Amended Complaint;

3. If the above-entitled case is not transferred and consolidated by the Judicial Panel on Multidistrict Litigation, the Vitafoam Defendants shall have until forty-five (45) calendar days after the entry of an order denying such transfer and consolidation to move, answer or otherwise respond to the Complaint; and

4. Each of the Vitafoam Defendants agrees, through counsel, that they shall be deemed served with the Complaint in the above-entitled case and waives any objection(s) to the sufficiency of service of the Summons and Complaint in the above-entitled case.

5. Any subsequently filed actions that wish to join this stipulation may do so by mutual written consent.

DATED: September 21, 2010

By: _____
Bruce L. Simon (Bar No. 96241)
Jessica L. Grant (Bar No. 178138)
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Clifford H. Pearson (Bar No. 108523)
Daniel L. Warshaw (Bar No. 185365)
PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

```
                                      Eric George (Bar No. 166403)
                                        egeorge@bwgfirm.com
                                      BROWNE WOODS GEORGE LLP
                                      2121 Ave of the Stars 24th FL
                                      Los Angeles, CA 90067
                                      Telephone: (310) 274-7100
                                      Facsimile: (310) 275-5697
```

*Counsel for Plaintiff and the Proposed Direct Purchaser Class*

DATED: September 19, 2010

By: __[signature]__
Terry Calvani (Bar No. 53260)
  terry.calvani@freshfields.com
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
701 Pennsylvania Avenue, NW,
Suite 600
Washington, DC 20004
Telephone: (202) 777 4505
Facsimile: (202) 777 4555

*Counsel for Defendants Vitafoam, Inc. and Vitafoam Products Canada Limited*

PEARSON, SIMON, WARSHAW & PENNY, LLP — 44 MONTGOMERY STREET, SUITE 2450, SAN FRANCISCO, CALIFORNIA 94104

818674.1

4

STIPULATION FOR EXTENSION OF TIME FOR THE VITAFOAM DEFENDANTS TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

**PROOF OF SERVICE**

FOAM FACTORY V. HICKORY SPRINGS MANUFACTURING COMPANY

Case No. CV10-6606 MMM (VBKx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, STATE OF CALIFORNIA. My business address is 15165 Ventura Boulevard, Suite 400, Sherman Oaks, California 91403. I am over the age of eighteen years and am not a party to the within action;

On September 21, 2010, I served the following document(s) entitled **STIPULATION FOR EXTENSION OF TIME FOR THE VITAFOAM DEFENDANTS TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** on ALL INTERESTED PARTIES in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

**BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in Sherman Oaks, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 21, 2010, at Sherman Oaks, California.

/s/
MELISSA S. WILLIAMS

PEARSON, SIMON, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

818674.1

5

STIPULATION FOR EXTENSION OF TIME FOR THE VITAFOAM DEFENDANTS TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

## SERVICE LIST
## FOAM FACTORY V. HICKORY SPRINGS MANUFACTURING COMPANY
## CV10-6606 MMM (VBKx)

| | | |
|---|---|---|
| VITAFOAM, INC.<br>2215 Shore Street<br>High Point, NC 27263 | Defendant<br>**(BY U.S. MAIL)** | |
| HICKORY SPRINGS MANUFACTURING COMPANY<br>235 2nd Avenue, N.W<br>Hickory, NC 28603 | Defendant<br>**(BY U.S. MAIL)** | |
| VALLE FOAM INDUSTRIES (1995), INC.<br>4 West Drive<br>Brampton, Ontario L6T 2H7<br>Canada | Defendant<br>**(BY U.S. MAIL)** | |
| DOMFOAM INTERNATIONAL, INC.<br>8785 Langelier Boulevard<br>Montreal, Quebec H1P 2C9<br>Canada | Defendant<br>**(BY U.S. MAIL)** | |
| THE CARPENTER COMPANY<br>5016 Monument Avenue<br>Richmond, VA 23230 | Defendant<br>**(BY U.S. MAIL)** | |
| THE WOODBRIDGE GROUP<br>4240 Sherwoodtowne Boulevard<br>Mississauga, Ontario L4Z 2G6<br>Canada | Defendant<br>**(BY U.S. MAIL)** | |
| FLEXIBLE FOAM PRODUCTS, INC.<br>c/o Joe Guzman, Registered Agent<br>6077 RICHENBACKER RD<br>COMMERCE, CA 90040 | Defendant<br>**(BY U.S. MAIL)** | |
| SCOTTDEL, INC.<br>400 Church Street<br>Swanton, OH 43558 | Defendant<br>**(BY U.S. MAIL)** | |
| FXI FOAMEX INNOVATIONS, INC.<br>Rose Tree Corporate Center II<br>1400 Providence Road<br>Suite 2000<br>Media, PA 19063 | Defendant<br>**(BY U.S. MAIL)** | |
| FUTURE FOAM, INC.<br>c/o CT CORPORATION SYSTEM<br>818 W 7th Street<br>Los Angeles, CA 90017 | Defendant<br>**(BY U.S. MAIL)** | |

PEARSON, SIMON, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

818674.1

6

STIPULATION FOR EXTENSION OF TIME FOR THE VITAFOAM DEFENDANTS TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

| | | |
|---|---|---|
| 1 | VITAFOAM PRODUCTS CANADA LIMITED | Defendant |
| 2 | 150 Toro Road<br>North York, Ontario M3J 2A9 | **(BY U.S. MAIL)** |
| 3 | Canada | |
| 4 | Terry Calvant, Esq.<br>Edward Choe, Esq. | Counsel for Defendants Vitafoam, Inc. and Vitafoam Products Canada |
| 5 | John Warren, Esq.<br>FRESHFIELDS BRUCKHAUS | **(BY U.S. MAIL)** |
| 6 | DERINGER US LLPl<br>701 Pennsylvania Avenue, NW | |
| 7 | Suite 600<br>Washington, DC 20004 | |
| 8 | Telephone: (202) 777-4505<br>Facsimile: (202) 777-4555 | |
| 9 | terry.calvani@freshfields.com<br>edward.choe@freshfields.com | |
| 10 | john.warren@freshfields.com | |
| 11 | Eric M. George, Esq.<br>BROWNE WOODS GEORGE LLP | Counsel for Plaintiff Foam Factory, Inc. and the Proposed Direct Purchaser Class |
| 12 | 2121 Avenue of the Stars<br>24th Floor | |
| 13 | Century City, CA 90067<br>Telephone: (310) 274-7100 | **(BY CM/ECF)** |
| 14 | Facsimile: (310) 275-5697<br>egeorge@bwgfirm.com | |

PEARSON, SIMON, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

818674.1

7

STIPULATION FOR EXTENSION OF TIME FOR THE VITAFOAM DEFENDANTS TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT