1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PEARSON, SIMON, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

FOAM FACTORY, INC., on behalf of itself and all others similarly situated,

            Plaintiff,

    vs.

HICKORY SPRINGS MANUFACTURING COMPANY; VALLE FOAM INDUSTRIES (1995), INC.; DOMFOAM INTERNATIONAL, INC.; THE CARPENTER COMPANY; THE WOODBRIDGE GROUP; FLEXIBLE FOAM PRODUCTS, INC.; SCOTTDEL, INC.; FXI FOAMEX INNOVATIONS, INC.; FUTURE FOAM, INC.; VITAFOAM PRODUCTS CANADA LIMITED; VITAFOAM, INC.,

            Defendants.

CASE NO. CV10-6606 MMM (VBKx)

**CLASS ACTION**

**[PROPOSED] ORDER FOR EXTENSION OF TIME FOR THE VITAFOAM DEFENDANTS TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Assigned to the Honorable Margaret M. Morrow

      PURSUANT TO the "Stipulation for Extension of Time for the Vitafoam Defendants to Move, Answer or Otherwise Respond to Plaintiff's Complaint," filed by and between Plaintiff Foam Factory, Inc. ("Plaintiff") and Defendants Vitafoam, Inc. and Vitafoam Products Canada Limited ("Vitafoam Defendants"), and good cause having been shown, the Court HEREBY ORDERS AS FOLLOWS:

818675.1

1.     The Vitafoam Defendants shall not be required to move, answer or otherwise respond to the individual Complaint filed in the above-entitled case pending the transfer and consolidation order by the Judicial Panel on Multidistrict Litigation in *In re Polyurethane Foam Antitrust Litigation* (MDL No. 2196);

2.     Upon transfer of the above-entitled case by the Judicial Panel on Multidistrict Litigation, the Vitafoam Defendants shall have until forty-five (45) calendar days after the filing of a Consolidated and Amended Complaint in the transferee court, and service of such Consolidated and Amended Complaint upon Defendants, to move, answer, or otherwise respond to the Consolidated and Amended Complaint;

3.     If the above-entitled case is not transferred and consolidated by the Judicial Panel on Multidistrict Litigation, the Vitafoam Defendants shall have until forty-five (45) calendar days after the entry of an order denying such transfer and consolidation to move, answer or otherwise respond to the Complaint; and

4.     The Vitafoam Defendants shall be deemed served with the Complaint in the above-entitled case and waive any objection(s) to the sufficiency of service of the Plaintiff's Summons and Complaint in the above-entitled case upon entry of this Order.

**IT IS SO ORDERED**

DATED:  September ___, 2010

_____
Margaret M. Morrow
Judge, United States District Court

818675.1

2

[PROPOSED] ORDER FOR EXTENSION OF TIME FOR THE VITAFOAM DEFENDANTS TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

**PROOF OF SERVICE**

FOAM FACTORY V. HICKORY SPRINGS MANUFACTURING COMPANY

Case No. CV10-6606 MMM (VBKx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, STATE OF CALIFORNIA. My business address is 15165 Ventura Boulevard, Suite 400, Sherman Oaks, California 91403. I am over the age of eighteen years and am not a party to the within action;

On September 21, 2010, I served the following document(s) entitled **[PROPOSED] ORDER FOR EXTENSION OF TIME FOR THE VITAFOAM DEFENDANTS TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** on ALL INTERESTED PARTIES in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:
**SEE ATTACHED LIST**

**BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in Sherman Oaks, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 21, 2010, at Sherman Oaks, California.


/s/
MELISSA S. WILLIAMS

3
[PROPOSED] ORDER FOR EXTENSION OF TIME FOR THE VITAFOAM DEFENDANTS TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

**SERVICE LIST**
**FOAM FACTORY V. HICKORY SPRINGS MANUFACTURING COMPANY**
**CV10-6606 MMM (VBKx)**

| | |
|---|---|
| VITAFOAM, INC.<br>2215 Shore Street<br>High Point, NC 27263 | Defendant<br><br>**(BY U.S. MAIL)** |
| HICKORY SPRINGS<br>MANUFACTURING COMPANY<br>235 2nd Avenue, N.W<br>Hickory, NC 28603 | Defendant<br><br>**(BY U.S. MAIL)** |
| VALLE FOAM INDUSTRIES (1995), INC.<br>4 West Drive<br>Brampton, Ontario L6T 2H7<br>Canada | Defendant<br><br>**(BY U.S. MAIL)** |
| DOMFOAM INTERNATIONAL, INC.<br>8785 Langelier Boulevard<br>Montreal, Quebec H1P 2C9<br>Canada | Defendant<br><br>**(BY U.S. MAIL)** |
| THE CARPENTER COMPANY<br>5016 Monument Avenue<br>Richmond, VA 23230 | Defendant<br><br>**(BY U.S. MAIL)** |
| THE WOODBRIDGE GROUP<br>4240 Sherwoodtowne Boulevard<br>Mississauga, Ontario L4Z 2G6<br>Canada | Defendant<br><br>**(BY U.S. MAIL)** |
| FLEXIBLE FOAM PRODUCTS, INC.<br>c/o Joe Guzman, Registered Agent<br>6077 RICHENBACKER RD<br>COMMERCE, CA 90040 | Defendant<br><br>**(BY U.S. MAIL)** |
| SCOTTDEL, INC.<br>400 Church Street<br>Swanton, OH 43558 | Defendant<br><br>**(BY U.S. MAIL)** |
| FXI FOAMEX INNOVATIONS, INC.<br>Rose Tree Corporate Center II<br>1400 Providence Road<br>Suite 2000<br>Media, PA 19063 | Defendant<br><br>**(BY U.S. MAIL)** |
| FUTURE FOAM, INC.<br>c/o CT CORPORATION SYSTEM<br>818 W 7th Street<br>Los Angeles, CA 90017 | Defendant<br><br>**(BY U.S. MAIL)** |

[PROPOSED] ORDER FOR EXTENSION OF TIME FOR THE VITAFOAM DEFENDANTS TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

1  | VITAFOAM PRODUCTS CANADA LIMITED | Defendant
2  | 150 Toro Road | **(BY U.S. MAIL)**
   | North York, Ontario M3J 2A9
3  | Canada

4  | Terry Calvant, Esq. | Counsel for Defendants Vitafoam, Inc.
   | Edward Choe, Esq. | and Vitafoam Products Canada
5  | John Warren, Esq.
   | FRESHFIELDS BRUCKHAUS | **(BY U.S. MAIL)**
6  | DERINGER US LLPl
   | 701 Pennsylvania Avenue, NW
7  | Suite 600
   | Washington, DC  20004
8  | Telephone: (202) 777-4505
   | Facsimile:  (202) 777-4555
9  | terry.calvani@freshfields.com
   | edward.choe@freshfields.com
10 | john.warren@freshfields.com

11 | Eric M. George, Esq. | Counsel for Plaintiff Foam Factory,
   | BROWNE WOODS GEORGE LLP | Inc. and the Proposed Direct Purchaser
12 | 2121 Avenue of the Stars | Class
   | 24th Floor
13 | Century City, CA 90067 | **(BY CM/ECF)**
   | Telephone: (310) 274-7100
14 | Facsimile: (310) 275-5697
   | egeorge@bwgfirm.com
15
16
17
18
19
20
21
22
23
24
25
26
27
28

818675.1

[PROPOSED] ORDER FOR EXTENSION OF TIME FOR THE VITAFOAM DEFENDANTS TO MOVE,
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT