1  BRUCE L. SIMON (Bar No. 96241)
     bsimon@pswplaw.com
2  JESSICA L. GRANT (Bar No. 178138)
     jgrant@pswplaw.com
3  PEARSON, SIMON, WARSHAW & PENNY, LLP
   44 Montgomery Street, Suite 2450
4  San Francisco, California 94104
   Telephone:  (415) 433-9000
5  Facsimile:   (415) 433-9008

6  CLIFFORD H. PEARSON (Bar No. 108523)
     cpearson@pswplaw.com
7  DANIEL L. WARSHAW (Bar No. 185365)
     dwarshaw@pswplaw.com
8  PEARSON, SIMON, WARSHAW & PENNY, LLP
   15165 Ventura Boulevard, Suite 400
9  Sherman Oaks, CA 91403
   Telephone:  (818) 788-8300
10 Facsimile:   (818) 788-8104

11 [Additional counsel listed on signature page]
12 *Counsel for Foam Factory, Inc., on behalf*
   *of itself and all others similarly situated*

13

14                **UNITED STATES DISTRICT COURT**

15     **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| 16  FOAM FACTORY, INC., on behalf of itself and all others similarly situated, | CASE NO. CV10-6606 MMM (VBKx) |
| 17 | **CLASS ACTION** |
| 18                  Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR CERTAIN** |
| 19             vs. | **DEFENDANTS TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S** |
| 20  HICKORY SPRINGS MANUFACTURING COMPANY; | **COMPLAINT** |
| 21  VALLE FOAM INDUSTRIES (1995), INC.; DOMFOAM | (Proposed Order Filed Concurrently) |
| 22  INTERNATIONAL, INC.; THE CARPENTER COMPANY; THE | Assigned to the Honorable Margaret M. Morrow |
| 23  WOODBRIDGE GROUP; FLEXIBLE FOAM PRODUCTS, INC.; | |
| 24  SCOTTDEL, INC.; FXI FOAMEX INNOVATIONS, INC.; FUTURE | |
| 25  FOAM, INC.; VITAFOAM PRODUCTS CANADA LIMITED; VITAFOAM, INC., | |
| 26 | |
| 27                Defendants. | |

28

819220.1

STIPULATION FOR EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO MOVE, ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

1    WHEREAS the above-entitled lawsuit alleges the existence of an antitrust

2  conspiracy among producers of flexible slab polyurethane foam in violation of the

3  Sherman Antitrust Act (15 U.S.C. § 1).

4    WHEREAS a number of materially similar antitrust actions alleging the

5  existence of an antitrust conspiracy in the polyurethane foam industry have been

6  filed in various District Courts throughout the United States and a petition to

7  transfer and consolidate such actions has been filed with the Judicial Panel on

8  Multidistrict Litigation in an action entitled *In re Polyurethane Foam Antitrust*

9  *Litigation* (MDL No. 2196).

10    WHEREAS the parties plaintiff Foam Factory, Inc. and defendants

11  Woodbridge Sales & Engineering, Inc. (incorrectly sued as "The Woodbridge

12  Group"), DomFoam International Inc., Valle Foam Industries, Inc., Carpenter Co.

13  (incorrectly sued as "The Carpenter Company"), Flexible Foam Products, Inc.,

14  Foamex Innovations, Inc., Future Foam, Inc., and Hickory Springs Manufacturing

15  Company  (together referred to as "Defendants") agree that the Judicial Panel on

16  Multidistrict Litigation will transfer and consolidate the above-captioned case in *In*

17  *re Polyurethane Foam Antitrust Litigation*.

18    WHEREAS the parties to this stipulation agree that it is in the interest of

19  judicial economy to relieve the Defendants of their obligation to move, answer or

20  otherwise respond to plaintiff's Complaint until the decision of the Judicial Panel on

21  Multidistrict Litigation to transfer and consolidate the cases pending in *In re*

22  *Polyurethane Foam Antitrust Litigation*.

23    The parties to this Stipulation, by and through their respective counsel,

24  without waiver of or prejudice to any right, entitlement, claim, position, defense or

25  motion any Defendant may wish to assert or file, HEREBY STIPULATE AS

26  FOLLOWS:

27    1.    Defendants shall not be required to move, answer or otherwise respond

28  to the individual Complaint filed in the above-entitled case pending the transfer and

1   consolidation order by the Judicial Panel on Multidistrict Litigation in *In re*

2   *Polyurethane Foam Antitrust Litigation*;

3         2.      Upon transfer of the above-entitled case by the Judicial Panel on

4   Multidistrict Litigation, Defendants shall have until forty-five (45) calendar days

5   after the filing of a Consolidated and Amended Complaint in the transferee court,

6   and service of such Consolidated and Amended Complaint upon Defendants, to

7   move, answer, or otherwise respond to the Consolidated and Amended Complaint;

8         3.      If the above-entitled case is not transferred and consolidated by the

9   Judicial Panel on Multidistrict Litigation, Defendants shall have until forty-five (45)

10  calendar days after the entry of an order denying such transfer and consolidation to

11  move, answer or otherwise respond to the Complaint; and

12        4.      Each of the Defendants who is subject to this stipulation agrees,

13  through counsel, that they shall be deemed served with the Complaint in the above-

14  entitled case and waives any objection(s) to the sufficiency of service of the

15  Summons and Complaint in the above-entitled case.

16

17  DATED: October  6 , 2010      By: _____

18        Bruce L. Simon (Bar No. 92641)
          Jessica L. Grant (Bar No. 178138)

19        PEARSON, SIMON, WARSHAW &
          PENNY, LLP

20        44 Montgomery Street, Suite 2450
          San Francisco, CA 94104

21        Telephone:  (415) 433-9000
          Facsimile:  (415) 433-9008

22

23        Clifford H. Pearson (Bar No. 108523)
          Daniel L. Warshaw (Bar No. 185365)

24        PEARSON, SIMON, WARSHAW &
          PENNY, LLP

25        15165 Ventura Boulevard, Suite 400
          Sherman Oaks, CA 91403

26        Telephone:    (818) 788-8300
          Facsimile:    (818) 788-8104

27

28

| | |
|---|---|
| 1 | Eric George (Bar No. 166403) |
| 2 | egeorge@bwgfirm.com<br>BROWNE WOODS GEORGE LLP |
| 3 | 2121 Ave of the Stars 24th FL<br>Los Angeles, CA 90067 |
| 4 | Telephone:  (310) 274-7100<br>Facsimile:   (310) 275-5697 |
| 5 | |
| 6 | *Counsel for Plaintiff and the Proposed Direct Purchaser Class* |
| 7 | |
| 8 | DATED:  October _5_, 2010        By: _Daniel Swanson_ |
| 9 | Daniel G. Swanson (Bar No. 116556)<br>dswanson@gibsondunn.com |
| 10 | GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue |
| 11 | Los Angeles, CA  90071-3197<br>Telephone: (213) 229-7430 |
| 12 | Facsimile: (213) 229-6430 |
| 13 | Allison Kop (Bar No. 267074)<br>akop@gibsondunn.com |
| 14 | GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street |
| 15 | Suite 3000<br>San Francisco, CA 94105-2933 |
| 16 | Telephone:  (415) 393-8320<br>Facsimile:  (415) 374-8474 |
| 17 | *Attorneys for Defendant Woodbridge Sales & Engineering, Inc.* |
| 18 | |
| 19 | DATED:  October ____, 2010        By: _____ |
| 20 | Jason D. Russell (Bar No. 169219)<br>jason.russell@skadden.com |
| 21 | SKADDEN ARPS SLATE MEAGHER & FLOM LLP |
| 22 | 300 South Grand Avenue<br>Los Angeles, CA  90071-3197 |
| 23 | Telephone: (213) 687-5328<br>Facsimile: (213) 621-5328 |
| 24 | |
| 25 | *Attorneys for Defendants DomFoam International, Inc. and Valle Foam Industries, Inc.* |
| 26 | |
| 27 | |
| 28 | |

4

STIPULATION FOR EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO MOVE, ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Eric George (Bar No. 166403)
  egeorge@bwgfirm.com
BROWNE WOODS GEORGE LLP
2121 Ave of the Stars 24th FL
Los Angeles, CA 90067
Telephone:  (310) 274-7100
Facsimile:  (310) 275-5697

*Counsel for Plaintiff and the Proposed
Direct Purchaser Class*

DATED:  October ____, 2010

By: _____

Daniel G. Swanson (Bar No. 116556)
  dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: (213) 229-7430
Facsimile:  (213) 229-6430

Allison Kop (Bar No. 267074)
  akop@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 3000
San Francisco, CA 94105-2933
Telephone:  (415) 393-8320
Facsimile:  (415) 374-8474
*Attorneys for Defendant Woodbridge Sales
& Engineering, Inc.*

DATED:  October 5, 2010

By: _____

Jason D. Russell (Bar No. 169219)
  jason.russell@skadden.com
SKADDEN ARPS SLATE MEAGHER &
FLOM LLP
300 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: (213) 687-5328
Facsimile: (213) 621-5328

*Attorneys for Defendants DomFoam
International, Inc. and Valle Foam
Industries, Inc.*

819220.1

4

STIPULATION FOR EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO MOVE, ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

1

2    DATED:  October  4 , 2010          By: _____

3                                       Tracy Evans Moyer (Bar No. 243212)
                                            tmoyer@mcguirewoods.com
4                                       MCGUIREWOODS LLP
                                        1800 Century Park East
5                                       8th Floor
                                        Los Angeles, California 90067
6                                       Telephone: (310) 315-8276
                                        Facsimile: (310) 956-3176

7                                       *Attorneys for Defendant The Carpenter*
8                                       *Co.*

9    DATED:  October ____, 2010         By: _____

10                                      Andrew M. Gilford (Bar No. 144994)
                                            andy.gilford@alston.com
11                                      ALSTON + BIRD LLP
                                        333 South Hope Street
12                                      16th Floor
                                        Los Angeles, CA 90071-3004
13                                      Telephone: (213) 576-1138
                                        Facsimile: (213) 576-1100

14                                      *Attorneys for Defendant Hickory Springs*
15                                      *Manufacturing Company*

16   DATED:  October ____, 2010         By: _____

17                                      Nathan Dooley (Bar No. 224331)
                                            ndooley@cozen.com
18                                      COZEN O'CONNOR
                                        777 South Figueroa Street
19                                      Suite 2850
                                        Los Angeles, CA 90017
20                                      Telephone: (213) 892-7900
                                        Facsimile: (213) 892-7999

21                                      *Counsel for Defendant Foamex*
22                                      *Innovations, Inc.*

23   DATED:  October ____, 2010         By: _____

24                                      Michael Gottschlich (Bar No. 155277)
                                            Michael.Gottschlich@btlaw.com
25                                      BARNES & THORNBURG LLP
                                        11 South Meridian Street
26                                      Indianapolis, IN 46204-3535
                                        Telephone: (317) 231-7834
27
                                        *Counsel for Defendant Flexible Foam*
28                                      *Products, Inc.*

819220.1                                      5

| | |
|---|---|
| 1 | |
| 2 | DATED:  October ____, 2010 | By: _____ |
| 3 | | Tracy Evans Moyer (Bar No. 243212) |
| | | tmoyer@mcguirewoods.com |
| 4 | | MCGUIREWOODS LLP |
| | | 1800 Century Park East |
| 5 | | 8th Floor |
| | | Los Angeles, California 90067 |
| 6 | | Telephone: (310) 315-8276 |
| | | Facsimile: (310) 956-3176 |

1
2      DATED:  October ____, 2010          By: _____
3                                          Tracy Evans Moyer (Bar No. 243212)
                                             tmoyer@mcguirewoods.com
4                                          MCGUIREWOODS LLP
                                           1800 Century Park East
5                                          8th Floor
                                           Los Angeles, California 90067
6                                          Telephone: (310) 315-8276
                                           Facsimile: (310) 956-3176
7
                                           *Attorneys for Defendant The Carpenter
8                                          Co.*
9      DATED:  October 5, 2010             By: _____
10                                         Andrew M. Gilford (Bar No. 144994)
                                             andy.gilford@alston.com
11                                         ALSTON + BIRD LLP
                                           333 South Hope Street
12                                         16th Floor
                                           Los Angeles, CA 90071-3004
13                                         Telephone: (213) 576-1138
                                           Facsimile: (213) 576-1100
14
                                           *Attorneys for Defendant Hickory Springs
15                                         Manufacturing Company*
16     DATED:  October ____, 2010          By: _____
17                                         Nathan Dooley (Bar No. 224331)
                                             ndooley@cozen.com
18                                         COZEN O'CONNOR
                                           777 South Figueroa Street
19                                         Suite 2850
                                           Los Angeles, CA 90017
20                                         Telephone: (213) 892-7900
                                           Facsimile: (213) 892-7999
21
                                           *Counsel for Defendant Foamex
22                                         Innovations, Inc.*
23     DATED:  October ____, 2010          By: _____
24                                         Michael Gottschlich (Bar No. 155277)
                                             Michael.Gottschlich@btlaw.com
25                                         BARNES & THORNBURG LLP
                                           11 South Meridian Street
26                                         Indianapolis, IN 46204-3535
                                           Telephone: (317) 231-7834
27
                                           *Counsel for Defendant Flexible Foam
28                                         Products, Inc.*

1

2  DATED: October ____, 2010          By: _____
                                      Tracy Evans Moyer (Bar No. 243212)
3                                       tmoyer@mcguirewoods.com
                                      MCGUIREWOODS LLP
4                                     1800 Century Park East
                                      8th Floor
5                                     Los Angeles, California 90067
                                      Telephone: (310) 315-8276
6                                     Facsimile: (310) 956-3176

7                                     *Attorneys for Defendant The Carpenter
                                      Co.*
8
   DATED: October ____, 2010          By: _____
9                                     Andrew M. Gilford (Bar No. 144994)
                                        andy.gilford@alston.com
10                                    ALSTON + BIRD LLP
                                      333 South Hope Street
11                                    16th Floor
                                      Los Angeles, CA 90071-3004
12                                    Telephone: (213) 576-1138
                                      Facsimile: (213) 576-1100
13

14                                    *Attorneys for Defendant Hickory Springs
                                      Manufacturing Company*
15
   DATED: October 04, 2010            By: _____
16                                    Nathan Dooley (Bar No. 224331)
                                        ndooley@cozen.com
17                                    COZEN O'CONNOR
                                      777 South Figueroa Street
18                                    Suite 2850
                                      Los Angeles, CA 90017
19                                    Telephone: (213) 892-7900
                                      Facsimile: (213) 892-7999
20

21                                    *Counsel for Defendant Foamex
                                      Innovations, Inc.*
22
   DATED: October ____, 2010          By: _____
23                                    Michael Gottschlich (Bar No. 155277)
                                        Michael.Gottschlich@btlaw.com
24                                    BARNES & THORNBURG LLP
                                      11 South Meridian Street
25                                    Indianapolis, IN 46204-3535
                                      Telephone: (317) 231-7834
26

27                                    *Counsel for Defendant Flexible Foam
                                      Products, Inc.*
28

819220.1
                                      5

DATED:  October ____, 2010

By: _____
Tracy Evans Moyer (Bar No. 243212)
    tmoyer@mcguirewoods.com
MCGUIREWOODS LLP
1800 Century Park East
8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8276
Facsimile: (310) 956-3176

*Attorneys for Defendant The Carpenter Co.*

DATED:  October ____, 2010

By: _____
Andrew M. Gilford (Bar No. 144994)
    andy.gilford@alston.com
ALSTON + BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071-3004
Telephone: (213) 576-1138
Facsimile: (213) 576-1100

*Attorneys for Defendant Hickory Springs Manufacturing Company*

DATED:  October ____, 2010

By: _____
Nathan Dooley (Bar No. 224331)
    ndooley@cozen.com
COZEN O'CONNOR
777 South Figueroa Street
Suite 2850
Los Angeles, CA 90017
Telephone: (213) 892-7900
Facsimile: (213) 892-7999

*Counsel for Defendant Foamex Innovations, Inc.*

DATED:  October _4_, 2010

By: _____
Michael Gottschlich (Bar No. 155277)
    Michael.Gottschlich@btlaw.com
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Telephone: (317) 231-7834

*Counsel for Defendant Flexible Foam Products, Inc.*

1

2   DATED:  October ____, 2010        By: _____
                                          David Bournazian (Bar No. 186194)
3                                            David.Bournazian@kutakrock.com
                                          KUTAK ROCK LLP
4                                         18201 Von Karman Avenue
                                          Suite 1100
5                                         Irvine, CA  92612-1077
                                          Telephone: (949) 417-0999
6                                         Facsimile: (949) 417-5394

7                                         *Counsel for Defendant Future Foam, Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6
STIPULATION FOR EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO MOVE, ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT