1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FOAM FACTORY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HICKORY SPRINGS MANUFACTURING COMPANY; VALLE FOAM INDUSTRIES (1995), INC.; DOMFOAM INTERNATIONAL, INC.; THE CARPENTER COMPANY; THE WOODBRIDGE GROUP; FLEXIBLE FOAM PRODUCTS, INC.; SCOTTDEL, INC.; FXI FOAMEX INNOVATIONS, INC.; FUTURE FOAM, INC.; VITAFOAM PRODUCTS CANADA LIMITED; VITAFOAM, INC.,<br><br>Defendants. | CASE NO. CV10-6606 MMM (VBKx)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER FOR EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Assigned to the Honorable Margaret M. Morrow |

PURSUANT TO the "Stipulation for Extension of Time for Certain Defendants to Move, Answer or Otherwise Respond to Plaintiff's Complaint," filed by and between Plaintiff Foam Factory, Inc. ("Plaintiff") and Defendants Hickory Springs Manufacturing Company, Valle Foam Industries, Inc., Domfoam International, Inc., Carpenter Co. (incorrectly sued as "The Carpenter Company"),

818673.1

[PROPOSED] ORDER FOR EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Woodbridge Sales & Engineering, Inc. (incorrectly sued as "The Woodbridge Group"), Flexible Foam Products, Inc., Foamex Innovations, Inc., and Future Foam, Inc. (collectively "Defendants"), and good cause having been shown, the Court HEREBY ORDERS AS FOLLOWS:

1. Defendants shall not be required to move, answer or otherwise respond to the individual Complaint filed in the above-entitled case pending the transfer and consolidation order by the Judicial Panel on Multidistrict Litigation in *In re Polyurethane Foam Antitrust Litigation*;

2. Upon transfer of the above-entitled case by the Judicial Panel on Multidistrict Litigation, Defendants shall have until forty-five (45) calendar days after the filing of a Consolidated and Amended Complaint in the transferee court, and service of such Consolidated and Amended Complaint upon Defendants, to move, answer, or otherwise respond to the Consolidated and Amended Complaint;

3. If the above-entitled case is not transferred and consolidated by the Judicial Panel on Multidistrict Litigation, Defendants shall have until forty-five (45) calendar days after the entry of an order denying such transfer and consolidation to move, answer or otherwise respond to the Complaint; and

4. Each of the Defendants who is subject to this Order shall be deemed served with the Complaint in the above-entitled case and waives any objection(s) to the sufficiency of service of the Plaintiff's Summons and Complaint in the above-entitled case upon entry of this Order.

**IT IS SO ORDERED**

DATED: October ___, 2010

_____
Margaret M. Morrow
Judge, United States District Court

818673.1

2

[PROPOSED] ORDER FOR EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT